UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 4 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| TERRIE FLETCHER,<br><br>      Plaintiff,<br><br>      v.<br><br>JENNIFER REILLY, *et al.*,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Case No. 1:07-0331 (RJL)<br>)<br>)<br>)<br>)<br>) |

## ORDER
(March 4, 2007)

Pending before the Court is defendants' Motion to Dismiss, which was filed on February 26, 2007. Because a ruling on defendants' motion may dispose of the case, plaintiff is advised of her obligation under the Federal Rules of Civil Procedure and the local rules of this Court.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise *pro se* litigants of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

Accordingly, it is hereby

**ORDERED** that plaintiff shall respond to defendants' motion by March 23, 2007. If plaintiff fails to respond, the Court may treat the motions as conceded and dismiss the complaint against defendant.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge