IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAR 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TERRIE FLETCHER

Plaintiff

Civil No: 07-0331 RJL

v.

March 23, 2007

JENNIFER REILLY, et al

Defendants

Response
~~ORDERED~~

Plaintiff, Terrie Fletcher would like to pursue this matter further. I filed my paper within the 90 days. I have the right to trial. I was terminated July 23, 2006 by Jennifer Reilly because of discrimination. The EEOC was unable to conclude information, and sent me a letter reqarding Equal Pay Act (EPA) (see attached). I need some kind of closure on this matter.

Respectfully Submitted

Terrie Fletcher

EEOC Form 161 (3/98)            **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Terrie Fletcher<br>4003 Blakney Lane, S.E.<br>Washington, DC 20032 | From: | Baltimore Field Office - 531<br>10 South Howard Street<br>3rd Floor<br>Baltimore, MD 21201 |
|---|---|---|---|

[ ]  *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 120-2006-00122 | Letetia H. Taylor, Investigator | (410) 962-3785 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____        NOV 0 6 2006
Gerald S. Kiel,
Director                                 *(Date Mailed)*

Enclosures(s)

cc:  Pamela L. Fontenot
     Director of Human Resources
     PRIORTY ONE SERVICES
     6600 Fleet Drive
     Alexandria, VA 22310