**U.S. Department of Justice**
**United States Marshals Service**

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Jennifer Fletcher
Priority One Services
6600 Fleet Drive
Alexandria, Va. 22310

Civil Action, File Number __CA-07-331 RJL__

__Terrie Fletcher__
V.
__Jennifer Reilly, etal__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

07-331    3-19-07    BB

[Overlaid USPS PS Form 3811 Domestic Return Receipt card:]

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Jennifer Fletcher

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X Alice Freeze ☑ Agent ☐ Addressee
B. Received by (Printed Name): Alice Freeze
C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes    If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0000 2032 9304

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

7004 2510 0000 2032 9304

[Right side of form, partially obscured:]

...se behalf you are being served) must answer the ...ment by default will be taken against you for the ...ceipt of Summons and Complaint By Mail was

(USMS Official)

ND COMPLAINT
the complaint in the above captioned manner at

nber and Street Name or P.O. Box No.

and Zip Code

Signature _____

Relationship to Entity/Authority to Receive _____

Service of Process _____

Date of Signature _____    Form USM-299 (Rev. 6/95)



Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7004 2510 0000 2032 9304**
Status: **Delivered**

Your item was delivered at 12:44 PM on March 21, 2007 in ALEXANDRIA, VA 22310.

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    Go >

---



POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust           Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy