IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TERRIE FLETCHER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No.: 07-0331 RJL |
| | : | |
| JENNIFER REILLY, et al | : | |
| | : | |
| Defendants. | : | |

## DEFENDANT, PAMELA FONTENOT'S, MOTION TO DISMISS

Defendant, Pamela Fontenot, through counsel, pursuant to Fed. R. Civ. P. (b)(1), moves to dismiss the Plaintiff's Complaint, and states as follows:

1. Plaintiff alleges no grounds for jurisdiction – either federal question jurisdiction or diversity (28 U.S.C. §§ 1331 - 1332).

2. The Complaint fails to establish federal question subject matter jurisdiction because it does not allege any conduct protected from discrimination under any federal law. Plaintiff believes she was terminated from her employment because the Defendant, Jennifer Reilly, was mean. (See Complaint, ¶ 2). Such an allegation fails to make out a cause of action for employment discrimination under any federal statute because it does not allege that Plaintiff was in a protected class or that her termination was for a discriminatory reason.

3. Assuming a valid cause of action for discrimination, the Complaint does not allege when Plaintiff received a "right to sue" letter. The letter attached to the Complaint is dated November 6, 2006, and the Complaint was filed on February 9, 2007 – 95 days after the letter. The Complaint, therefore, is not timely filed within the required 90 days.

4. Assuming a properly pled common law or state law cause of action, the Complaint

seeks damages below the threshold for diversity jurisdiction. 28 U.S.C. § 1332.

5. The Complaint has no allegation whatsoever concerning any action or inaction of Defendant Fontenot, or any basis in law for liability assigning liability to Defendant Fontenot.

WHEREFORE, Defendant Pamela Fontenot prays that Plaintiff's Complaint as to this Defendant be dismissed with prejudice, and for such other and further relief as the Court deems appropriate.

    Respectfully submitted,

    CAPLAN, BUCKNER, KOSTECKA &
      KORTELING, CHARTERED

    By: /S/
    David P. Korteling, Esq.
    Suite 530
    3 Bethesda Metro Center
    Bethesda, Maryland 20814
    (301) 718-1900

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was sent by the Court's electronic mail delivery service and placed in the U.S. mail, first class, postage prepaid, on this on this ___ day of February, 2007, to:

    Terrie Fletcher
    4003 Blakney Lane, SE
    Washington, DC 20032

    /S/
    David P. Korteling